# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Occidental Fire & Casualty Company of North Carolina, | )<br>)<br>) |
| Plaintiff, | )  **ORDER RE ADMISSION**<br>)  **PRO HAC VICE** |
| vs. | )<br>) |
| Jordan Morsette, et. al., | )<br>)  Case No. 1:18-cv-069 |
| Defendants. | ) |

Before the court is a motion for attorney John K. Daly to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John K. Daly has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 9) is **GRANTED**. Attorney John K. Daly is admitted to practice before this court in the above-entitled action on behalf of plaintiff

**IT IS SO ORDERED.**

Dated this 12th day of June, 2018.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr.
                                             United States Magistrate Judge